844

No. 299. ERWIN-NEWMAN Co. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *H. Struve Hensel* and *Harry Cohen* for petitioner. *Solicitor General Griswold* for the United States.

No. 302. ODDO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Nicholas Capuano* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 304. SOUTHERN BLOWPIPE & ROOFING Co. ET AL. *v.* CHATTANOOGA GAS Co. C. A. 6th Cir. Certiorari denied. *Sizer Chambliss* for petitioners. *W. D. Spears* and *Jack Wilson* for respondent.

No. 308. RITTER *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Daniel M. Gribbon, Brice M. Clagett,* and *Michael Boudin* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin,* and *Philip R. Miller* for the United States.

No. 309. KUBIK ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Louis M. Kaplan* and *John P. Diuguid* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 310. DISTRICT OF COLUMBIA REDEVELOPMENT LAND AGENCY *v.* NASH ET UX. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Martz,* and *Roger P. Marquis* for petitioner. *William T. Hannan* for respondents.